MOYE v. GRANDY. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Appeal dismissed, unless terms of orders filed are complied with.

MULLEN, Respondent, v. TOWN OF ROCKLAND, Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1896.) Action by Lawrence Mullen against the town of Rockland. No opinion. Motion denied. See 39 N. Y. Supp. 1129.

MULLIGAN v. CANNON. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Judgment affirmed, with costs.

MYERS v. MARTIN. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Judgment reversed, and new trial ordered, with costs to appellant.

MYERS v. POLHEMUS. (Supreme Court, Appellate Division, Third Department. September 14, 1896.) Action by John R. Myers against Josephine Polhemus. No opinion. Motion denied, without prejudice to a renewal in case no appeal is taken to the court of appeals, or in case judgment is affirmed by that court. See 38 N. Y. S. 1147.

NEW YORK HOTEL & RESTAURANT CO. v. POUCHER. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Judgment affirmed, with costs.

NEW YORK, L. & W. RY. CO., Respondent, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Action by the New York, Lackawanna & Western Railway Company against Mary J. Sullivan. No opinion. Order affirmed, with costs against the appellant.

NEW YORK SMALL STOCK CO. v. THIRD AVE. R. CO. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Return amended as per order filed. See 37 N. Y. Supp. 637.

NICKERSON, Appellant, v. NIVER, Respondent. (City Court of New York, General Term. June 30, 1896.) Action by Lulah Nickerson against Norman H. Niver. Philo P. Safford, for appellant. Boothby & Warren, for respondent.

CONLAN, J. This is an appeal from an order dismissing the plaintiff's complaint and from a judgment in favor of the defendant for costs. The trial judge was clearly right in dismissing the complaint, and the judgment is affirmed, with costs. All concur.

NOLTE v. LANGE. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Judgment affirmed, with costs.

OLIVER v. BRAUN. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Appeal dismissed, unless terms of orders filed are complied with.

OPPENHEIM, Appellant, v. TAMSEN et al., Respondents. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by Leo Oppenheim against Edward J. H. Tamsen and others. B. G. Oppenheim, for appellant. A. A. Joseph, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PARKER, Appellant, v. LANCHANTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by Winthrop Parker against William E. Lanchantin and others. No opinion. Motion granted, with $10 costs.